496 A.2d 751

**James E. HOARE and Ruth Hoare, his wife,**

v.

**The BELL TELEPHONE COMPANY OF PENNSYLVANIA, a Corporation Monarch Furniture Company, a Corporation, t/d/b/a Slumber City, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 7, 1985.

Petition for Allowance of Appeal GRANTED, 20 W.D. Appeal Docket 1985.